**Dismissed and Opinion Filed May 4, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00195-CR

**TAMELA LASHALL WEST, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-71835-T**

## MEMORANDUM OPINION

Before Justices Osborne, Pedersen, III, and Nowell
Opinion by Justice Osborne

Before the Court is appellant's April 19, 2021 motion to withdraw the appeal.

TEX. R. APP. P. 42.2(a). We grant the motion and dismiss this appeal.

/Leslie Osborne//

210195f.u05
Do Not Publish
TEX. R. APP. P. 47.2(b)

LESLIE OSBORNE
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

TAMELA LASHALL WEST,
Appellant

No. 05-21-00195-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 283rd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F19-71835-T.
Opinion delivered by Justice
Osborne. Justices Pedersen, III, and
Nowell participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 4th day of May, 2021.